# AFFIDAVIT OF ISAAC HERNANDEZ

On this day, **Isaac Hernandez**, appeared before me, the undersigned notary public, and after I administered an oath to him, upon his oath, he said:

1. "My name is **Isaac Hernandez**. I am over eighteen (18) years of age and I have never been convicted of a crime. I am of sound mind and capable of making this affidavit. The facts set forth herein are within my personal knowledge and are true and correct. I have personal knowledge of the facts stated in this affidavit and if sworn as a witness, I could and would competently testify to the truth of these facts.

2. "I am the Operations Manager for Equisolar, Inc."

3. "It is the standard policy of Equisolar to offer a Spanish translation of all important documents and communications to our Spanish-speaking clients.

Executed on May 20, 2024

_Isaac Hernandez_
**Isaac Hernandez**

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of **Los Angeles**
Subscribed and sworn to (or affirmed) before me on this **20th** day of **May**, **2024**, by **Isaac Hernandez**, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _E. _____ (seal)

E. GOLRIZ
Notary Public - California
Los Angeles County
Commission # 2418765
My Comm. Expires Oct 25, 2026

1