Case 7:23-cv-00443   Document 18   Filed on 06/25/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 26, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ROEL DELAGARZA HINOJOSA AND MARTHA BARRERA HINOJOSA, *Plaintiffs*, | § § § § § | CIVIL ACTION NO. 7:23-CV-00443-RHH JURY TRIAL DEMANDED |
| v. | § § | |
| EQUISOLAR, INC. AND LORENZO MEZI, *Defendants*. | § § | |

### AGREED ORDER GRANTING DEFENDANT EQUISOLAR, INC.'S MOTION TO COMPEL ARBITRATION

Upon consideration of Defendant Equisolar Inc.'s *Motion to Compel Arbitration* ("Motion"), and after considering any responses and replies, any evidence presented, and any arguments of the parties, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. All of Plaintiff's claims against Defendant Equisolar Inc. are **REFERRED** to binding arbitration pursuant to the arbitration provision in the Agreement between the parties.

SIGNED on June 25, 2024.

_____
Ricardo H. Hinojosa
U.S. District Judge

APPROVED AS TO FORM ONLY:

---

1

DEFENDANT EQUISOLAR INC.'S AGREED ORDER ON MOTION TO COMPEL